HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| *In re: Navia Benefit Solutions, Inc. Data Breach Litigation*<br><br>This Document Relates To: All Actions | No. 2:26-cv-00909<br><br>**STIPULATED MOTION TO CONTINUE DEFENDANT NAVIA BENEFIT SOLUTIONS, INC.'S DEADLINE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE CLASS ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:** April 13, 2026 |

Pursuant to Local Civil Rule 10(g), Plaintiffs, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendant Navia Benefit Solutions, Inc. ("Navia," together "the Parties"), through their undersigned counsel, hereby STIPULATE and respectfully request the Court to Order as follows:

WHEREAS, on March 17, 2026, Plaintiff Fisher filed the Class Action Complaint (*see* ECF No. 1);

WHEREAS, service was effectuated on March 24, 2026;

WHEREAS, pursuant to FRCP 12(a)(1)(A)(i), the current deadline for Navia to answer, move or otherwise respond to the Class Action Complaint is April 14, 2026;

WHEREAS, on March 19, 2026, Plaintiffs filed a Joint Motion to Consolidate Related Actions and to Appoint Interim Co-Lead Counsel (the "Motion to Consolidate") (ECF No. 3);

STIPULATED MOTION FOR
CONTINUANCE - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1630798660.2

WHEREAS, the Court granted Plaintiffs' Motion to Consolidate on April 9, 2026 (ECF 13), and ordered that "any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for pre-trial purposes and trial proceedings pursuant to Federal Rule of Civil Procedure 42(a) and Local Civil Rule 42";

WHEREAS, in its order granting Plaintiffs' Motion to Consolidate, the Court ordered that Plaintiffs file a consolidated complaint no later than thirty (30) days following entry of the order;

WHEREAS, Co-Lead Counsel for Plaintiffs and counsel for Navia have conferred and mutually agree to a continuance of Navia's current April 14, 2026 deadline to answer, move, or otherwise respond to the Class Action Complaint in light of the Court's order on the Motion to Consolidate;

WHEREAS, the Parties mutually agree that Navia's deadline to answer, move, or otherwise respond should be continued until June 25, 2026, forty-five (45) days after Plaintiffs' deadline to file a consolidated complaint;

WHEREAS, good cause exists for this continuance because it will promote judicial economy, as Navia will be afforded the opportunity to review and then respond to Plaintiffs' forthcoming consolidated complaint rather than responding to individual complaints;

WHEREAS, after Plaintiffs Fisher, Barrientes, Archie, Fiore, and Ibarra filed their Joint Motion to Consolidate Related Cases and to Appoint Interim Co-Lead Counsel, other plaintiffs filed additional actions against Navia that the Parties agree meet the terms of the Court's Order consolidating cases (ECF 13):

- *Bowen v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00944 (the "*Bowen* Action");
- *O'Day v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00960 (the "*O'Day* Action");
- *Bryan v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00977 (the "*Bryan* Action");
- *Palacios v. Navia Benefits Solutions, Inc.*, Case No. 2:26-cv-00999 (the "*Palacios* Action");
- *Austin v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01021 (the "*Austin* Action");
- *Traina v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01065 (the "*Traina* Action");

STIPULATED MOTION FOR
CONTINUANCE - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1630798660.2

- *Selby v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01098 (the "*Selby* Action");

- *Walton v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01128 (the "*Walton* Action") (collectively, the "Additional Related Actions").

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Navia, by and through their undersigned counsel, that:

(1) the current April 14, 2026 deadline for Navia to answer, move, or otherwise respond to the Class Action Complaint shall be continued;

(2) Navia shall have up through and including June 25, 2026 to answer, move, or otherwise respond to the then-operative complaint.

(3) The Additional Related Actions should be consolidated into this master action.

**IN WITNESS WHEREOF**, this Stipulation is executed by Co-Lead Counsel for Plaintiffs and Navia on April 13, 2026.

For Plaintiffs (Interim Co-Lead Counsel):

*/s/ Kaleigh N. Boyd*
Kaleigh N. Boyd (WSBA No. 52684)
**MCNAUL EBEL PLLC**
One Union Square
600 University Street, Suite 2700
Seattle, Washington 98101
Tel: (206) 389-9332
kboyd@mcnaul.com

John J. Nelson (pro hac vice forthcoming)
**MILBERG, PLLC**
280 S. Beverly Drive – Penthouse Suite
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com

Thomas E. Loeser (SBN 38701)
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (650) 697-0577

STIPULATED MOTION FOR
CONTINUANCE - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800

1630798660.2

Email: tloeser@cpmlegal.com

For Defendant Navia Benefit Solutions, Inc:

**DLA PIPER LLP (US)**
*/s/ Tia Q. Nguyen*
Tia Q. Nguyen, WSBA No. 57008
701 Fifth Avenue, Suite 6900 Seattle, Washington 98104-7044
Tel: 206.839.4800
E-mail: tia.nguyen@us.dlapiper.com

Angela C. Agrusa (*pro hac vice application forthcoming*)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Tel: 310.595.3000
E-mail: angela.agrusa@us.dlapiper.com

Eric M. Roberts (*pro hac vice application forthcoming*)
Zoe Levine (*pro hac vice application forthcoming*)
444 West Lake Street, Suite 900
Chicago, Illinois 60604
Tel: 312.251.2859
E-mail: eric.roberts@us.dlapiper.com
E-mail: zoe.levine@us.dlapiper.com

**I certify that this memorandum contains 566 words, in compliance with the Local Civil Rules.

STIPULATED MOTION FOR
CONTINUANCE - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1630798660.2

## [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATED MOTION, IT IS SO ORDERED.

The Court GRANTS the Parties' Stipulated Motion to Continue Defendant Navia Benefit Solutions, Inc.'s Deadline to Answer, Move, or Otherwise Respond to the Class Action Complaint and ORDERS as follows:

(1) the current April 14, 2026 deadline for Navia to answer, move, or otherwise respond to the Class Action Complaint shall be continued;

(2) Navia shall have up through and including June 25, 2026 after the filing of any consolidated complaint to answer, move, or otherwise respond to the then-operative complaint; and

(3) The Clerk shall consolidate into this action the following Additional Related Actions:

- *Bowen v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00944 (the "*Bowen* Action");
- *O'Day v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00960 (the "*O'Day* Action");
- *Bryan v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00977 (the "*Bryan* Action");
- *Palacios v. Navia Benefits Solutions, Inc.*, Case No. 2:26-cv-00999 (the "*Palacios* Action");
- *Austin v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01021 (the "*Austin* Action");
- *Traina v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01065 (the "*Traina* Action");
- *Selby v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01098 (the "*Selby* Action"); and
- *Walton v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01128 (the "*Walton* Action").

IT IS SO ORDERED.

Dated this _____ day of _____, 2026.

_____
Honorable John H. Chun
United States District Judge

Presented by:

**DLA Piper LLP (US)**

STIPULATED MOTION FOR
CONTINUANCE - 5

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1630798660.2

*/s/ Tia Q. Nguyen*
Tia Q. Nguyen, WSBA No. 57008
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7044
Tel: 206.839.4800
E-mail: tia.nguyen@us.dlapiper.com

STIPULATED MOTION FOR
CONTINUANCE - 6

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1630798660.2