**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| *In re: Navia Benefit Solutions, Inc. Data Breach Litigation*<br><br><br>This Document Relates to: All Actions | Master File No.: 2:26-cv-00909-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEFENDANT NAVIA BENEFIT SOLUTIONS, INC.'S DEADLINE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE CONSOLIDATED CLASS ACTION COMPLAINT** |

**<u>ORDER</u>**

PURSUANT TO THE FOREGOING STIPULATED MOTION, IT IS SO ORDERED.

The Court GRANTS the Parties' Stipulated Motion to Continue Defendant Navia Benefit Solutions, Inc.'s Deadline to Answer, Move, or Otherwise Respond to the Consolidated Class Action Complaint (Dkt. # 36) and ORDERS as follows:

(1) The current June 25, 2026, deadline for Navia to answer, move, or otherwise respond to the Consolidated Class Action Complaint shall be continued; and

(2) Navia shall have up through and including July 3, 2026, to answer, move, or otherwise respond to the Consolidated Complaint.

ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE - 1
Case No. 2:26-cv-00909-JHC

IT IS SO ORDERED.

Dated this 25th day of June, 2026.

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE - 2
Case No. 2:26-cv-00909-JHC