**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re: Navia Benefit Solutions, Inc. Data Breach Litigation*<br><br><br>This Document Relates to: All Actions | Master File No.: 2:26-cv-00909-JHC<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING BRIEFING SCHEDULE AND WORD LIMITS ON BRIEFING ON DEFENDANT'S MOTION TO DISMISS CONSOLIDATED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: July 1, 2026** |

**ORDER**

The Court GRANTS the Parties' Stipulated Motion Regarding Briefing Schedule and Word Limits on Briefing on Defendant's Motion to Dismiss Consolidated Complaint, Dkt. # 38, and ORDERS as follows:

(1) The Parties may submit briefs in support of, and in response to, the Motion to Dismiss of no more than 10,500 words each, and a reply brief of no more than 5,250 words.

(2) Plaintiff's Response to the Motion to Dismiss shall be due on August 17, 2026.

(3) Defendant may file a Reply to the Motion on or before September 16, 2026.

ORDER GRANTING STIPULATED MOTION REGARDING BRIEFING WORD COUNT
AND SCHEDULE **-** 1
Case No. 2:26-cv-00909-JHC

IT IS SO ORDERED.

Dated this 2nd day of July, 2026.

_____
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION REGARDING BRIEFING WORD COUNT
AND SCHEDULE - 2
Case No. 2:26-cv-00909-JHC