UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re: Navia Benefit Solutions, Inc. Data Breach Litigation*<br><br>This Document Relates to: All Actions | Master File No.: 2:26-cv-00909-JHC<br><br>**STIPULATED MOTION & ORDER REGARDING PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT AND DEFENDANT'S RESPONSE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 17, 2026** |

Under LCR 7(d)(1), LCR 10(g), and Federal Rule of Civil Procedure 15, Plaintiffs and Defendant Navia Benefit Solutions, Inc., through their undersigned counsel, respectfully request the Court enter the following schedule regarding Plaintiffs' Amended Consolidated Complaint and Defendant's response. In support of their Stipulated Motion, the Parties state as follows:

1.      On April 9, 2026, the Court granted plaintiffs' Joint Motion to Consolidate Related Actions and to Appoint Interim Co-Lead Counsel, consolidating five related putative class actions arising out of a data breach Navia announced in or around March 2026. ECF No. 13. After Plaintiffs filed their Joint Motion to Consolidate Related Cases and Appoint Interim Co-Lead Counsel, other plaintiffs filed eight additional putative class actions arising out of the same data breach; the Court consolidated those matters into this case on April 14 and June 2, 2026. ECF No. 18 & 35.

STIPULATED MOTION & ORDER REGARDING AMENDED
CONSOLIDATED COMPLAINT AND RESPONSE - 1
Case No. 2:26-cv-00909-JHC

2. On May 11, 2026, Plaintiffs filed their Consolidated Complaint on behalf of 14 Plaintiffs. *See* ECF No. 27. All plaintiffs join in three common law claims and one statutory claim: negligence, breach of implied contract, unjust enrichment, and alleged violation of the Washington State Consumer Protection Act, RCW 19.86.010 *et seq.* The remaining claim is brought by a putative California subclass for alleged violation of California Consumer Privacy Act, Cal. Civ. Code Section 1798.150, *et seq.*

3. On July 2, the Court granted the Parties' Stipulated Motion Regarding Briefing Schedule and Word Limits on Briefing Defendants' Motion to Dismiss. Specifically, the Court ordered that Plaintiff respond to Defendant's Motion to Dismiss no later than August 17, 2026, and Defendant shall file its Reply no later than September 16, 2026. The Court also granted Defendant 10,500 words for its Motion to Dismiss; Plaintiffs 10,500 for their Response; and Defendant 5,250 words for its Reply. *See* ECF No. 39.

4. Defendant filed its Motion to Dismiss on July 2, 2026. ECF No. 40. Defendant argues, among other things, that Plaintiffs have failed to plead sufficient factual support for their claims, and that they lack Article III standing.

5. In lieu of responding to Defendants' Motion to Dismiss, and to conserve both party and judicial resources, Plaintiffs intend to file an Amended Consolidated Complaint.

6. The Parties therefore respectfully request that the Court enter the order set forth below, and that it maintain its order regarding the word limits for any Motion to Dismiss that Defendant may file:

| | |
|---|---|
| Plaintiffs to File Amended Consolidated Complaint | August 7, 2026 |
| Defendant's Response to Amended Consolidated Complaint | September 16, 2026 |
| Plaintiffs' Opposition to Any Motion to Dismiss | October 23, 2026 |
| Defendant's Reply in Support of Any Motion to Dismiss | November 20, 2026 |

//

//

//

STIPULATED MOTION & ORDER REGARDING AMENDED
CONSOLIDATED COMPLAINT AND RESPONSE - 2
Case No. 2:26-cv-00909-JHC

DATED July 17, 2026.

By: */s/ Carolyn Purwin Ryan*
Nicholas C. Larson (WSBA No. 46034)
MURPHY PEARSON BRADLEY
AND FEENEY
520 Pike Street, Suite 1205
Seattle, WA 98101
Tel: (206) 219-2008
Email: nlarson@mpbf.com

Carolyn Purwin Ryan (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (264) 930-6836
Email: cpurwinryan@mullen.law

Justin A. Rick (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (264) 930-5369
Email: jrick@mullen.law

*Counsel for Defendant*

By: */s/ Kaleigh N. Boyd*
Kaleigh N. Boyd (WSBA No. 52684)
MCNAUL EBEL PLLC
One Union Square
600 University Street, Suite 2700
Seattle, Washington 98101
Tel: (206) 389-9332
kboyd@mcaul.com

John J. Nelson, admitted *pro hac vice*
MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (858) 209-6941
Email: jnelson@milberg.com

Thomas E. Loeser (SBN 38701)
COTCHETT, PITRE & McCARTHY, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (650) 697-0577
Email: tloeser@cpmlegal.com

*Interim Co-Lead Counsel*

**ORDER**

The Court GRANTS the Parties' Stipulated Motion Regarding Plaintiffs' Amended Consolidated Complaint and Defendant's Response and ORDERS as follows:

(1) Plaintiffs' Amended Consolidated Complaint shall be filed no later than August 7, 2026.

(2) Defendant's Response to the Amended Consolidated Complaint shall be filed no later than September 16, 2026.

(3) Plaintiffs' Response to any Motion to Dismiss is due no later than October 23, 2026.

(4) Defendant's Reply in Support of Any Motion to Dismiss is due no later than November 20, 2026.

(5) Consistent with its prior Order, the Parties may submit briefs in support of, and in response to, any Motion to Dismiss of no more than 10,500 words each, and a reply brief of no more than 5,250 words.

The Court STRIKES as moot the motion to dismiss at Dkt. # 40.

IT IS SO ORDERED.

Dated this 17th day of July, 2026.

_____
John H. Chun
United States District Judge

STIPULATED MOTION & ORDER REGARDING AMENDED
CONSOLIDATED COMPLAINT AND RESPONSE - 4
Case No. 2:26-cv-00909-JHC